UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 8:14-cr-500-T-33TGW

CARBOFIN S.P.A.
_____/

**ORDER**

This cause is before the Court pursuant to the Government's Motion for Check Re-Issuance (Doc. # 27), filed on November 23, 2015. The Court grants the Motion as specified below.

**Discussion**

On December 16, 2014, Defendant Carbofin S.P.A. pled guilty to a three count information charging violations of the Act to Prevent Pollution from Ships, 33 U.S.C. § 1908(a). (Doc. # 12). On March 5, 2015, this Court sentenced Defendant to pay a fine of $2,150,000.00. (Doc. # 20). The Court also imposed other sanctions. (Id.)

Thereafter, the Government requested that one half of the fine imposed be disbursed to multiple crew members (Rey Irec Ibarrientos Periabras, Israel C. Asuncion, Romeo Ella Romulo, and Eddie Catuma Maloloy), who provided assistance and information resulting in Defendant's conviction. (Doc. # 24).

1

On April 7, 2015, the Court authorized payments to the crew members pursuant to Section 1908(a) of the Act, which states: "A person who knowingly violates the MARPOL Protocol, this chapter, or the regulations issued thereunder commits a class D felony. In the discretion of the Court, an amount equal to not more than ½ of such fine may be paid to the person giving information leading to conviction." 33 U.S.C. § 1908(a). (Doc. # 25).

At this juncture, the Government advises the Court that crew member "Eddie Catuma Maloloy" has been unable to cash his check because the correct spelling of his name is actually "Eddie Catumal Maloloy-On." (Doc. # 27 at 1). In the Motion, the Government advises that "[t]his was an omission by the attorney for the United States who then handled the prosecution of this case." (Id.). According to the Government, "All of the banks refused to allow [Mr. Maloloy-On] to cash the check because his name on the check was not exactly the same as it is on his passport." (Id.).

To ensure that the crew member is able to benefit as previously ordered by the Court, the Government requests that the Court "order that a new check be issued in the same about as before, $100,000.00, to be made payable to 'Eddie Catumal Maloloy-On.' The current check is in the possession of the

2

United States and can either be returned to the Clerk or destroyed as ordered by this Court." (Id. at 2).

The Motion is granted. The Clerk is directed to re-issue a check in the amount of $100,000.00 made payable to Eddie Catumal Maloloy-On. The original check that was made payable to Eddie Catuma Maloloy is void and the United States is directed to immediately destroy that check. To ensure that the re-issued check is safely delivered, the re-issued check shall be sent via Federal Express to:

```
U.S. Department of Justice
2nd Floor, NOX 2 Building
Chancery Compound
1201 Roxas Blvd., Ermita
Manila 0930
PHILIPPINES
632-301-2000 EXT. 6501
Attention: Donald Ashley
          DOJ Attache
```

Thereafter, the re-issued check will be hand-delivered to Eddie Catumal Maloloy-On at the U.S. Embassy upon proper presentation of satisfactory identification.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Government's Motion for Check Re-Issuance (Doc. # 27) is **GRANTED.**

(2) The Clerk is directed to re-issue a check made payable to Eddie Catumal Maloloy-On in the amount of $100,000.00, as

3

   specified above.

(3) The Government is directed to immediately destroy the prior check that was made payable to "Eddie Catuma Maloloy."

   **DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>24th</u> day of November, 2015.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE


Copies: All Counsel and Parties of Record

4